HENRY A. EPISCOPO, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant, et al., Respondents.

(Submitted November 16, 1903; decided November 17, 1903.)

MOTION to amend remittitur. (See 176 N. Y. 572.)

Motion granted and remittitur amended so as to allow costs to attorneys who separately appeared and filed briefs in this court.

---

JOHN TRACEY LANGAN, Respondent, *v.* SUPREME COUNCIL AMERICAN LEGION OF HONOR, Appellant.

(Submitted November 9, 1903; decided November 17, 1962.)

Motion for reargument denied, with ten dollars costs. (See 174 N. Y. 266.)